UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 17-80399-CIV-MARRA

JANET HOYT,

    Plaintiff,

vs.

NATURE OF MARBLE, LLC,
d/b/a NATURE OF MARBLE,

    Defendant.
_____/

## STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE WITHOUT COSTS OR FEES TO EITHER PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, JANET HOYT ("Plaintiff"), and Defendant, NATURE OF MARBLE, LLC, d/b/a NATURE OF MARBLE ("Defendant") stipulate and agree to dismiss this case <u>with prejudice</u>, each side to bear her/its own fees and costs. Therefore, Plaintiff and Defendant respectfully request this Honorable Court dismiss this case <u>with prejudice</u>, with each party to bear its own fees and costs.

Dated: August 9, 2017.

| WEISS LAW GROUP, P.A. | MINERLEY FEIN, P.A. |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | 1200 N. Federal Highway, Suite 420 |
| Suite 103 | Boca Raton, FL 33432 |
| Coral Springs, FL 33067 | Phone: 561/362-6699 |
| Tel: (954) 573-2800 | Fax: 561/447-9884 |
| Fax: (954) 573-2798 | |
| | <u>By: /s/ Kenneth L. Minerley</u> |
| BY:  <u>/s/ Jason S. Weiss</u> | Kenneth L. Minerley |
| Jason S. Weiss | Fla. Bar No. 521840 |
| Jason@jswlawyer.com | Ken@minerleyfein.com |
| Florida Bar No. 356890 | Litigation@minerleyfein.com |
| | Fileclerk@minerleyfein.com |