UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-80399-CIV-MARRA

JANET HOYT

    Plaintiff,

v.

NATURE OF MARBLE, LLC,
d/b/a NATURE OF MARBLE,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

This Cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, which was filed on August 9, 2017 (DE 9). The Court has reviewed the Stipulation and the record and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk of this Court shall **CLOSE** this case. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, this 10th day of August, 2017.

                                                  KENNETH A. MARRA
                                                  United States District Judge